IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GREGORY LEE NEAL, A MINOR AND**            **PLAINTIFFS**
**WRONGFUL DEATH BENEFICIARY OF**
**GREGORY L. NEAL, DECEASED, BY**
**AND THROUGH AMANDA DANIELLE**
**KING, AS MOTHER AND NEXT FRIEND;**
**AND THE ESTATE OF GREGORY L.**
**NEAL, BY AND THROUGH CO-**
**ADMINISTRATRICES AMANDA**
**DANIELLE KING AND ARLEAN C. NEAL**

**VS.**            **CIVIL ACTION NO. 3:15-CV-00855-HTW-LRA**

**GENERAL MOTORS LLC**            **DEFENDANTS**
**and DOES 1-10**

## ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT GM'S MOTION FOR PARTIAL DISMISSAL

THIS CAUSE, having come before the Court on an **Agreed Motion** (Docket No. 18) **to Extend Plaintiff's Time to Respond to GM's Motion for Partial Dismissal** (Docket No. 15) and, the Court, having considered same, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiffs are granted an extension of one hundred and twenty (120) days from the date of the signing of this order in which to file their response to GM's Motion for Partial Dismissal.

SO ORDERED AND ADJUDGED on March 4th, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

**PREPARED AND SUBMITTED TO THE COURT BY:**

Jonathan P. Barrett, Esq. (MSB #102426)
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, Mississippi 39110
601-790-1505 office
769-300-0922 facsimile
jpb@barrettlawms.com